**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN ROBERT DEMOS. JR.,

    *Plaintiff*,

vs.

NATIONAL JUDICIAL COLLEGE,

    *Defendant*.

3:11-cv-00591-ECR-VPC

ORDER

This *pro se* prisoner civil rights case by a Washington state inmate comes before the Court on plaintiff's application (#1) to proceed *in forma pauperis* and for initial review.

The papers submitted are subject to multiple defects.

First, plaintiff did not use the required form for a pauper application. Under Local Rule LSR 1-1, plaintiff must use the Court's required form.

Second, plaintiff failed to attach the required attachments for a pauper application by a person in custody. Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Plaintiff attached neither.

Third, the plaintiff did not initiate the action on a proper complaint form as required by Local Rule LSR 2-1.

Fourth, the claims alleged are not cognizable in a civil rights action because plaintiff's allegations challenge the validity of his conviction, and the claims asserted against the

1   National Judicial College in any event are frivolous on their face.  This is not the first frivolous
2   action filed by plaintiff in at the very least this Court.
3         IT THEREFORE IS ORDERED that the application (#1) to proceed *in forma pauperis*
4   is DENIED and that this action shall be DISMISSED without prejudice.
5         The Clerk of Court shall enter final judgment accordingly, dismissing this action without
6   prejudice.
7         DATED August 12, 2011.

*[signature: Edward C. Reed]*
_____
EDWARD C. REED
United States District Judge