AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_  DISTRICT OF \_\_NEVADA\_\_

JOHN ROBERT DEMOS, JR.,

      Plaintiff,            JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER:  **3:11-CV-00591-ECR-VPC**

NATIONAL JUDICIAL COLLEGE,

      Defendant.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**\_X\_ Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the application (#1) to proceed *in forma pauperis* is **DENIED** and that this action is **DISMISSED** without prejudice.

   August 15, 2011                             **LANCE S. WILSON**
                                                                    Clerk

                                                         /s/ D. R. Morgan
                                                            Deputy Clerk